PER CURIAM.
Affirmed. Appellant/plaintiff has failed to demonstrate any equitable or legal basis for relief. See Doing v. Reilly, 176 F.2d 449 (5th Cir. 1949); Maryland Casualty Co. v. Krasnek, 174 So.2d 541 (Fla.1965); Johnson v. Green, 54 So.2d 44 (Fla.1951); Quinn v. Phipps, 93 Fla. 805, 113 So. 419 (1927); Leitner v. Willaford, 306 So.2d 555 (Fla. 3d DCA 1975); See also, Chapters 678 and 679, Florida Statutes (1977), and 33 Fla.Jur. Trusts § 61.